## **AGREEMENT AND RELEASE**

This Agreement and Release ("Agreement") sets forth the mutual understanding between **CARLOS RAMOS** (hereinafter referred to as "Plaintiff") and **LORIMER PIZZA LLC and GEORGE TAGARIS** (hereinafter collectively referred to as "Defendants"), regarding Plaintiff's employment and the settlement of any and all claims Plaintiff has or may has against Defendants.

WHEREAS, Plaintiff has commenced an action against Defendants in the Eastern District of New York, United States District Court, bearing Docket No.: 20-CV-3243 alleging wage and hour violations under the Federal Labor Standards Act and New York Labor Law.

**WHEREAS,** Defendants deny that they failed to pay Plaintiff all wages owed to him;

**WHEREAS,** Defendants deny any violation of law or any liability to Plaintiff;

**WHEREAS,** Plaintiff and Defendants mutually desire to settle and resolve all disputes and differences between them, on the terms and conditions hereinafter set forth;

**NOW, THEREFORE,** in consideration of the mutual promises contained in this Agreement, Defendants and Plaintiff, having been represented by counsel, have independently concluded that it is in their respective best interests to do so, agree as follows:

### 1.   **Payment**

In lieu of incurring further litigation costs associated with defending the action commenced against them by Plaintiff and in consideration for Plaintiff's execution of this Agreement, which includes a release, Defendants agree to the following payment terms:

a.   On or before April 7, 2021, Defendants shall cause Plaintiff to be paid the gross sum of forty thousand dollars and no cents ($40,000.00), inclusive of attorneys' fees and costs ("Settlement Funds"), payable as follows:

i. One certified or bank check in the amount of twenty-six thousand one hundred and fifteen dollars and zero cents ($26,115.00) made payable to Carlos Ramos.

ii. One certified or bank check in the amount of thirteen thousand eight hundred eighty-five dollars and zero cents ($13,885.00) made payable to Helen F. Dalton & Associates, P.C.

b.   The Settlement Funds will be provided to the Helen F. Dalton & Associates, P.C., 80-02 Kew Gardens Road, Suite 601, Kew Gardens, New York 11415.

### 2.   **Release**

In consideration of the payments, benefits, agreements and other consideration to be provided by Defendants as described in the Agreement, Plaintiff, his successors and assigns,

HEREBY RELEASES AND FOREVER DISCHARGES, to the maximum extent permitted by law, Defendants, any insurers of Defendants, and Defendants' respective parent corporations, stockholders, subsidiaries, affiliates, divisions, successors and assigns, their respective current and former officers, owners, directors, employees, trustees, agents, whether as individuals or in their official capacity, and each of their respective successors and assigns, and attorneys of and from all causes of action and claims which were alleged in the Complaint filed in the action, specifically including Federal Labor Standards Act and New York Labor Law, and its associated regulations concerning unpaid wages, record-keeping violations and failure to provide proper wage statements, which Plaintiff now has or has ever had.

### 3. Attorneys' Fees

Except as otherwise stated, the parties expressly agree to bear their own attorneys' fees, costs and disbursements incurred in this litigation. Further, no party shall be responsible or liable for the payment of any attorneys' fees for the other party.

### 4. Oral Modifications Prohibited

This Agreement represents the entire agreement between Plaintiff and Defendants with respect to Plaintiffs' employment with Defendants. This Agreement cannot be amended, supplemented, or modified nor may any provision be waived, except by a written instrument executed by the party against whom enforcement of any such amendment, supplement, modification or waiver is sought.

### 5. Enforcement of the Agreement

This Agreement shall be governed by the law of the State of New York, without regard to the choice-of-law or conflicts-of-law principles of any jurisdiction.

### 6. Jurisdiction

Notwithstanding Plaintiff's filing of a Stipulation of Discontinuance, the parties respectfully request that this Court, the United States District Court for the Eastern District of New York, retain jurisdiction to enforce the terms of this settlement until full payment of the Settlement Funds outlined in Paragraph 1 is made in its entirety or in the event of a default of this Agreement by either party.

### 7. Default or Failure to Timely Pay Settlement Amount

In the event that Defendant is in default of the payment in Paragraph 1 of this Agreement by failing to timely provide said payment, Plaintiff shall provide seven (7) calendar days written notice to Defendants via email sent to Demetrios Adamis, Esq. email: demetrios@dacpny.com, of the default. If Defendants do not cure the defect within seven (7) calendar days of receipt of the

notice, the Parties agree that Plaintiffs shall have the right to re-institute the Complaint in the Eastern District of New York, by filing an unopposed to motion to reopen this action.

### 8. **Effective Date**

This Agreement and Release shall become effective immediately upon execution.

### 9. **Counterparts**

This Agreement may be executed on multiple counterparts, each of which shall be considered an original but all of which will constitute one (1) Agreement.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

**PLAINTIFF:**

_____
Carlos Ramos (Jan 28, 2021 17:22 EST)
**CARLOS RAMOS**

Date: 1/28/21


**DEFENDANTS:**

**LORIMER PIZZA LLC**

_____
**GEORGE TAGARIS, Agent Authorized to sign on behalf of LORIMER PIZZA LLC**

Date:_____

_____
**GEORGE TAGARIS, as an individual**

Date:_____

LORIMER PIZZA LLC

_____
GEORGE TAGARIS, Agent Authorized to sign on behalf of LORIMER PIZZA LLC

Date: 2/1/21

_____
GEORGE TAGARIS, as an individual

Date: 2/1/21